# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**LESTER R. THOMAS**                                                                                **PETITIONER**
**ADC #141712**

### NO.  5:09CV00090 BSM/HDY

**LARRY NORRIS, Director,**                                                                 **RESPONDENT**
**Arkansas Department of Correction**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

IT IS SO ORDERED this 30th day of April, 2009.


_____
UNITED STATES DISTRICT JUDGE